IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BEN E. RICE and SUSAN A. RICE,
*Individually as Trustees for* THE RICE FAMILY LIVING TRUST         Plaintiffs

    Vs.                  No. 4:10cv2065 JMM

Ally Bank,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
FIRST AMERICAN TITLE INSURANCE COMPANY;
FEDERAL NATIONAL MORTGAGE ASSOCIATION
("FANNIE MAE") and GMAC MORTGAGE, LLC         Defendants

## CONSENT DISMISSAL ORDER

   Come plaintiffs Ben E. Rice and Susan A. Rice, individually and as trustees for the Rice Family Living Trust, and announce to the Court that the controversy herein has been amicably settled and compromised by the terms of a Confidential Settlement Agreement which establishes the unpaid principal balance on the Rice residential note and mortgage.

   Accordingly, the Complaint filed herein should be and hereby is dismissed with prejudice as to all parties. By agreement, all sums paid into the registry of the Court shall be paid by the clerk to GMAC Mortgage, LLC.

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

     December 21, 2011
DATE