IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BEN E. RICE *and* SUSAN A. RICE,
*Indivdually as as Trustees for* THE RICE FAMILY LIVING TRUST                    Plaintiffs

Vs.                         No.  4:10cv2065

ALLY BANK,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
FIRST AMERICAN TITLE INSURANCE COMPANY *and*
FEDERAL NATIONAL MORTGAGE ASSOCIATION
("FANNIE MAE") and GMAC MORTGAGE, LLC.                                          Defendants

## ORDER

Pursuant to the Consent Dismissal Order filed on December 21, 2011, docket # 39, the Clerk of the Court is directed to pay all sums paid into the registry of the Court, including any interest earned on the account, to GMAC Mortgage, LLC.

IT IS SO ORDERED this 27th day of December, 2011.

_____
James M. Moody
United States District Judge